**Opinion issued August 3, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00356-CV

———————————

**ACUITY MARKETING, INC., TOM WALTER HAYNES,
AND SHAWN HAYNES, Appellants**

**V.**

**ELIZABETH ANNE WHITSELL, Appellee**

---

**On Appeal from the County Court at Law No. 3
Galveston County, Texas
Trial Court Case No. CV-0078158**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.